Argued and submitted August 25, reversed and remanded for new trial
October 25, 1989

# STATE OF OREGON,
*Respondent,*

*v.*

# ROGER WAYNE HALSELL,
*Appellant.*

(88-2241A-C-1; CA A50604)

781 P2d 875

Steven V. Humber, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for possession of a controlled substance following a stipulated facts trial to the court, contending that, because the record contains no written waiver of his right to trial by jury, his conviction cannot stand. Defendant is correct. *State v. Kendall,* 96 Or App 735, 773 P2d 1362, *rev den* 308 Or 382 (1989); *State v. McDaniel,* 96 Or App 337, 772 P2d 951, *rev den* 308 Or 382 (1989).

Reversed and remanded for new trial.